FILED

OCT 30 2009

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09CR2760-GT |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER |
| JOSE ADALBERTO TOVAR-SANDOVAL, | ) | |
| Defendant. | ) | |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the sentencing hearing in the above-entitled case be continued from Tuesday, November 3, 2009 at 9:00 a.m. to Thursday, December 3, 2009 at 9:00 a.m. Time is excluded under the Speedy Trial Act from November 3, 2009 to the next hearing date of December 3, 2009.

DATE: October 30, 2009

HONORABLE GORDON THOMPSON
United States District Judge